# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156053(75)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID KENT CHAPLIN,
        Defendant-Appellant.

_____/

SC: 156053
COA: 331190
Oakland CC: 2014-252692-FH

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation of the application for leave to appeal is GRANTED. The application submitted on July 3, 2017, is accepted for filing



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk